# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ALFREDO HERNANDEZ,

             Plaintiff,

    v.

BAYVIEW LOAN SERVICING, LLC;
THE BANK OF NEW YORK
MELLON; EXPERIAN
INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION
SERVICES LLC; and DOES 1-10,

             Defendants.

Case No. CV 19-1237-GW-JEMx

**JUDGMENT OF DISMISSAL
WITH PREJUDICE IN FAVOR
OF DEFENDANTS AND
AGAINST PLAINTIFF**

Judge: Hon. George H. Wu

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that this Court, having granted the Motion to
Dismiss filed by Defendants BAYVIEW LOAN SERVICING, LLC ("Bayview");
and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC.,
ASSET-BACKED CERTIFICATES, SERIES 2005-16 ("BNYM") (together,
"Defendants") to the First Amended Complaint of Plaintiff, ALFREDO
HERNANDEZ's ("Plaintiff"), and issuing an order to that effect on July 5, 2019,
now rules and issues judgment as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

    Plaintiff's First Amended Complaint, and the causes of action for violation of
the Fair Debt Collection Practices Act and violation of the Fair Credit Reporting Act
therein, are hereby dismissed with prejudice as against Defendants.  The Court
withholds judgment and declines to exercise supplemental jurisdiction on the
remaining state law claims after dismissing the federal claims that provide the

Court's subject matter jurisdiction.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT:**

Plaintiff shall take nothing from Defendants, and Defendants shall be entitled to recover their costs from Plaintiff, to the extent permitted by Federal Rule of Civil Procedure 54 and Central District of California Local Rule 54.

**IT IS SO ORDERED.**

DATED: July 29, 2019

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE