Angela M. Taylor (State Bar No. 210425)
angelataylor@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br>THE BANK OF NEW YORK MELLON,<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>EQUIFAX INFORMATION SERVICES LLC,<br>and DOES 1-10,<br><br>    Defendants. | Case No. CV 19-1237-GW-JEMx<br><br>Hon. George H. Wu<br><br>**JUDGMENT RE MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:    October 3, 2019<br>Time:    8:30 a.m.<br>Ctrm:    Courtroom 9D<br>           First Street Courthouse |

The Motion for Judgment on the Pleadings (Dkt. No. 57), filed by Defendants Experian Information Solutions, Inc. and Equifax Information Services LLC, (together the "Defendants") came on for regular noticed hearing on October 3, 2019 before the Hon. George H. Wu, judge presiding in Courtroom 9D of the above-entitled Court.

The matter having been fully argued and considered, proof being made to the satisfaction of the Court and good cause having been shown, the Court now issues the following ruling and order.

The Court hereby enters FINAL JUDGMENT in this action as follows:

1. The Court enters judgment for Defendants and against Plaintiff on Plaintiff's complaint in this action and dismisses this action with prejudice;

2. Plaintiff recovers nothing from Defendants; and

3. Defendants may recover costs and attorneys fees from Plaintiff to the extent permitted by law.

**IT IS SO ORDERED**.

Dated: _October 18, 2019

						_____
						Honorable George H. Wu
						United States District Judge